UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:03-CR-109-LRH-PAL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LISA MARIE CLEVELAND | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#73), sentencing held on March 22, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| ARIZONA CHARLIES EAST | $200.00 |
| SAMS TOWN HOTEL & CASINO | $100.00 |
| WALMART | $100.00 |
| RITE AID | $100.00 |
| EXTENDED STAY AMERICA | $200.00 |
| JEAN FUEL | $100.00 |
| ORS | $100.00 |
| GOLD COAST HOTEL | $100.00 |
| SHEPLERS INC | $100.00 |
| ALBERTSON'S GROCERY STORE | $100.00 |
| SPEEDEE MART | $100.00 |
| SMITHS GROCERY STORE | $100.00 |
| KMART | $100.00 |

WALGREENS                $200.00



**Total Amount of Restitution ordered: $1700.00\*\***
**\*\*Joint and Several with co-defendant Jeff Grainger**

Dated this ___28th___ day of October, 2019.

                                        _/s/ Judge_
                                    UNITED STATES DISTRICT JUDGE